NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GEORGE W. SULLIVAN,**
*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2013-7018

---

Appeal from the United States Court of Appeals for Veterans Claims in 11-2505, Judge Donald L. Ivers.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of George W. Sullivan's construed motion to change venue,

IT IS ORDERED THAT:

The motion is denied. Sullivan's informal opening brief (form enclosed) is due within 21 days from the date of filing of this order.

GEORGE SULLIVAN v. SHINSEKI                                        2

                                        FOR THE COURT

                                        /s/ Jan Horbaly
                                        Jan Horbaly
                                        Clerk

s26